# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| | ) | |
| V. | ) | Case No. |
| | ) | |
| Rene PENA | ) | |
| *Defendant(s)* | ) | |

Case No. B-17-195-M

United States District Court
Southern District of Texas
FILED

JAN 2 9 2017

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 01/27/2017 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2422(b) | using a facility and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, or attempted to do so.. |

This criminal complaint is based on these facts:

On January 27, 2017, Rene PENA was arrested at the Sunrise Mall located in Brownsville, Texas. During an interview, PENA admitted to sending messages and arranged to meet a 13 year old female minor for the opportunity to engage in sexual intercouse.

Beginning January 19, 2017 continuing through January 27, 2017, PENA communicated via email and Kik messaging application with undercover agents whom he believed to be a mother and 13 year old female child. During the communication, PENA arranged to meet the 13 year old female minor to engage in sexual intercourse.

☐ Continued on the attached sheet.

*Complainant's Signature*

Joseph Baker     Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and signature attested
as per Fed. Rules Cr. Proc. 4.1

**January 29, 2017**
*Date*

Brownsville, Texas
*City and State*

*Judge's signature*

Ignacio Torteya III     U.S. Magistrate Judge
*Printed name and title*